425 A.2d 746

**COMMONWEALTH of Pennsylvania**

v.

**Allen LOMAX a/k/a James Edwards, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1981.

Decided Feb. 27, 1981.

Jack J. Bulkin, Philadelphia (Court-appointed), for appellant.

Guy A. Messick, Kristine F. Hughey, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Delaware County is affirmed.